Pro Se

United States District Court

FILED
OCT 09 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Plaintiff;

Dustin Allen Biggerstaff

Defendants;
B.J. Brown (Attorney Defense)
(Judge) Justin Low (District Judge)
Dusty Gallivan (District Attorney)
Kortney Williams (Asst. District Attorney)
Cody Dunstan (CID Special Agent)
Daniel Sarabia (CID Special Agent)

Civil Action Complaint;
No: SA25CA1347 JKP

Jurisdictional + Venue (b)

This is a civil action authorized by 42 U.S.C. 1983 to redress the deprivation under color of law, state law and rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 2201 and 2202, plaintiffs claims for injunction relief under are authorized by 28 U.S.C. section 2283 and 2284 and rule 65 of the federal rules of procedures.

Plaintiff Dustin Allen Biggerstaff is and was at all times mentioned herein a prisoner of the state of texas in custody, he is currently in the Ector County jail in the state of Texas.

2

Pro Se

## Civil Complaint
NO: _____

Date: 9-11-25

Defendants;

| | Defendants | Organization | Title | Address |
|---|---|---|---|---|
| (Whole Capacity) | B.J. Brown | B.J. Brown Attorney at Law | Defense Attorney | 620 N. Grant Ave #801 Odessa, Texas 79761 |
| (Whole Capacity) | Justin Low | 161st District Court Ector County | District Judge | 300 N. Grant Ave. Odessa, Texas 79761 |
| (Whole Capacity) | Dusty Gallivan | Ector Co. D.A. | District Attorney | 300 N. Grant Ave Room 305 Odessa, Texas 79761 |
| (Whole Capacity) | Kortney Williams | Ector Co. Asst. D.A | Asst. District Attorney | 300 N. Grant Ave. Room 305 Odessa, Texas 79761 |
| (Whole Capacity) | Cody Dunstan | DPS | DPS Special Agent | 2405 S. Loop 250 West Midland Texas 79703 |
| (Whole Capacity) | Daniel Sarabia | DPS | DPS Special Agent | 2405 S. Loop 250 West Midland Texas 79703 |

III   Facts (E)

See Exibits; ..

IV   Legal Claims (F)

See Exibits;

Civil Complaint NO
NO: _____

Pro Se

Date: 9-11-25

## Prayer

Wherefore, plaintiff Destin Allen Biggerstaff respectfully prays that the court enter a judgment granting plaintiff relief in said matter.

A declaration that the acts and omissions described herein violates plaintiff's rights under the constitution and laws of the United States of America.

A preliminary and permanent injunction ordering defendants to release plaintiff; (28 U.S.C. section 2283 and 2284 rule 65)

Punitive Damages in the amount of $25 Million against each defendant and jointly and severally.

Compensatory Damages in the amount of 10 Million against each defendant and jointly and severally.

A jury trial on all issues triable by jury.

3

Pro Se

<u>Civil Complaint Cont'</u>
<u>no:</u>

Date: 9/11/25

Any additional relief the court deems proper, just and equitable.

$ _____

Date: 9-11-25

<u>Respectfully Submitted</u>

Sign: Dustin Biggerstaff
Address: 3639 N Leslie
Ave Odessa Tx
79764

*Send Mail to: #119179
Dustin Allen Biggerstaff
P.O. Box 331
Odessa, Texas 79761

<u>Verification (I)</u>

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged and information and belief and to those I believe to be true and correct.

Notary State of Texas
Sign: N Arroyo
Date: 9/11/25

NAHOMY ARROYO
Notary Public
STATE OF TEXAS
ID# 13387794-6
My Comm. Exp. July 26, 2026

Respectfully Submitted
Sign: Dustin Biggerstaff
Print: Dustin Biggerstaff
Date: 9-11-25