Pro Se

Civil Complaint Cont:

No: SA25CA1347 JKP

Date: 9-11-25

III. Facts (E)

See Exhibits

(A) Statement

(B) Motion for discovery

(C) Motion for Set-aside Indictment

(D) Motion for Set-aside Indictment

(E) Harm done

(F) Extraneous offence / false statement.
RE: Kertrey Williams / assistant D.A.

Facts (2)   Exhibit (B)   1

Pro Se | Statement                                    Date: 10-5-25

On Aug. 19, 2023, I was asleep in my bed in my 5th wheel R.V., I had all 3 air conditioners going, one on the roof, the roll around in my bedroom which is next to the bed which is where I lay my head and my dog next to me. I woke up to loud banging, I yelled "what"! I couldn't make out what was said and my dog started barking and I woke up and imidiatly got up and rushed to the door, by the time I got to the door my screen was laying on my couch and the door was folded. I am disabled from a head on collision with an 18 wheeler in 2019 so my left foot was shattered, left femur broke in 2 places, left hip fractured, upper left arm broken and left elbow shattered and a major concussion, still have a rod in my leg and arm so I still don't get around as fast as I used to, I imidiatly unlocked the door and dropped to my knees with my hands up because I heard yelling "State Police" "we have a warrant". I was fully complying and they walked me outside and started to search my R.V. but never would show me a search warrant, they started questioning me and I stated that I plead the 5th amendment

Facts (2)                                           Exhibit (A)   2

Pro Se | Statement                              Date: 10-5-25

They detained me after searching my R.V. and my mothers trailer and took all my devices, phones ect. They took me to the old DPS office and began interogating me, I was complying and answering because I forgot that I had said I plead the fifth amendment and since I remembered I stopped and said "I plead the fifth amendment" and they continued questioning me again so I said again "I plead the fifth amendment". I gave them permission to search my 2 phones, a galaxy S22 ultra and a galaxy A03 and signed a consent, one of the officers left the room for a short time then the other did as well and upon their return they ask "What are the videos that were "Black Screen". I said more than likely serveilance from my security cameras, They ask me more questions and I said I plead the fifth amendment, then they stood me up and told me I was under arrest for possession of child pornography. The nurse at ector county detention center told them that they couldn't take me because my legs and ankles were swollen and had fever in both legs, we set at MCH about 6 hours and their boss said to release me and that I would have to turn myself in by Friday

Facts: Corbet (A)  3

Pro Se   Statement   Date: 10-5-25

because they would issue a warrant, I complyed and turned myself in and bonded out. I was out about a month when B.J. Brown called and said my bond was revoked on the neglegent homicide from 7-19-2019 I called Judys Bailbonds and Luke told me my bonds were still good, a day or 2 later passes and I was picked up at home. I set in Ector County detention center for 3 months before B.J. Brown came to see me, she said they found 4-8 pictures, I said no-way thats a lie, 3 months later she said its "mother son, kiddy porn, I said no way thats wrong "3 months later its a different vidio" not possible, I ask her if my bond could be reinstated she said she did and filed the motion, even told Judys bonding she did but the second time I ask her about it she said "I didn't" because she didn't think the D.A. would agree because they call her the "wicked witch". The third time I ask about my bond being reinstated she said "I'll ask" another month or so goes by so I write the judge Justin Low asking to admonish my attorney, to put in for a P.R. Bond or get my bond reinstated. He aknowledged and reinstated at a lower cost.

Facts (I.)                                    Exhibit (A)                4

Pro Se      Statement                         Date: 10-5-25

B.J. Brown ask to have stipulations added, an ankle monitor and drug test but he denied that, so I bonded out and went to see B.J. Brown and she said "stated" "I'm working with Dusty Gallivan on your cases" which is not in my best intrest since she is my attorney, so I began looking for a new attorney. I spoke to attorney Bobby Blonde, he said $75,000 and I defiratly couldn't afford that on $1192.00 a month my faily wouldn't either, I spoke to Joanna Curry and she said 7,500⁰⁰ and I was then set for jury trial in Feb. and was 1st on the docket but it got cancelled, the D.A. stated that they wanted to run the poss. of child porn case first instead of the neglegent homicide which is a (6) yr old case. I have reported every week to Judys bonding company as I was told. Judys bonding said I had an arraignment Aug. 12, 2025 because I was re-indicted on the poss. of child porn for (5) counts, my attorney never got the email so wasn't present for the arraigment and now my bond is $125,000⁰⁰ with stipulations as ankle monitor and drug testing, the same stipulations B.J. Brown tried getting but was

Ex Parte, Exhibit (A)   5

Pro Se Statement                              Date: 10-5-25

denied. Kortney Williams is trying to use a charge of neglegant homicide against me when I haven't been found guilty or been to trial yet as well as charges I've never had nor ever been arrested for, false charges. As far as I can remember in the United States of America I'm sepposed to be innocent untill proven guilty and due to all this irrisponsibility of the attorny I have been prejudiced and due to all the neglect of the courts and hearings I have not being able to attend and by calling ready for trial on both sides, my due process rights and 14th amendment of the United States Constitution has been violated.

Certificate of Service

This is to certify that on Oct. 5 2025 a true and correct copy of the above and forgoing document was delivered to be served upon the district clerk to be filed cm/ecf filing system.

Date: 10-5-25                          Sign: [signature]

Pro Se                Harm Done                9-11-25

Mental Anguish
Shame
Humiliation
Legal expenses
Deprivation of Constitutional Rights
Emotional distress
Embarrassment

Prejudice
False Imprisonment
Malicious Prosecution
Libel
Ineffective Council

*[handwritten annotations: "Facts E)" at top; "FALSE Information" in left margin]*

5. The extraneous offenses and/or prior convictions which the State intends to introduce at trial pursuant to Rules 404, 609, and Art. 37.07, 38.371, and 38.36 as defined above are as follows:

- On or about On or about July 4, 2010, defendant DUSTIN ALLEN BIGGERSTAFF was convicted of the crime of Possession of Marijuana Less Than 2 Ounces in Ector County, Texas, in Cause No.102563.
- On or about April 1, 2014, defendant DUSTIN ALLEN BIGGERSTAFF was convicted of the crime of Possession of Marijuana Less Than 2 Ounces in Howard County, Texas, in Cause Number 64948.
- On or about September 1, 2016, defendant DUSTIN ALLEN BIGGERSTAFF was convicted of the crime of Possession of Controlled Substance Penalty Group 1 More Than 1 Gram Less Than 4 Grams in Ector County, Texas in Cause Number A-16-1120-CR.
- On or about July 19, 2019, defendant DUSTIN ALLEN BIGGERSTAFF committed he offense of Criminally Negligent Homicide in Ector County, Texas. *[handwritten: "not convicted"]*
- On or about August 13, 2023, defendant DUSTIN ALLEN BIGGERSTAFF committed the crime of Delivery of Marijuana in Ector County, Texas. *[handwritten: "never charged nor convicted"]*

6. The State intends to show that defendant is attracted to children and regularly views child pornography.

Respectfully Submitted,

/S/ Kortney Williams

Kortney Williams
Deputy District Attorney
Ector County Courthouse
300 N. Grant, Room 305
Odessa, Texas 79761
432-498-4230
Kortney.williams@ectorcountytx.gov
SB# 24081699

CERTIFICATE OF SERVICE

I hereby certify that the above NOTICE OF INTENTION TO USE EXTRANEOUS OFFENSES AND PRIOR CONVICTIONS was this the 7th day of August, 2025, was served on Johanna Curry, attorney for defendant, at jcurryjd@gmail.com, by electronic service through Efile and serve.

/S/ Kortney Williams

Deputy District Attorney

Pro Se

Civil Complaint Cont°
No:

Date: 9-11-25

V Legal Claims (F)

See Exibits

(A) I U.S. Constitution

(B) VI U.S. Constitution

(C) Prejudice

(D) Texas Constitution (9)

(E) Article 1549

Legal Claims (P)                              Exhibit (A)

Pro Se

## V United States Constitutional Amendment;

No person shall be held to answer for a capital or otherwise infamous crime, unless on presentment or indictment of a grand jury, except in cases arising in the land or naval forces or in the militia when in actual service in time of war or public danger. Nor shall any person be subjected for the same offence be put twice in jeopardy or life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty or property without due process of law nor shall private property be taken for public use without just compensation.

Date: 9-11-25

<u>Legal Claims (1)</u>　　　　　　　　Exibit (B)

Pro Se <u>VI</u> United States Constitutional Amendment;

In all prosecutions, the defendant shall enjoy the right to a speedy trial and public trial by an impartial jury of the state and district therein the crime shall have been comitted, which district shall have been previously assertained of law and to be informed of the nature and cause of the accusation to be confronted with the witness against him, to have compulsory process for obtaining witness in his favor and to have the assistance of councel for his defence.

Date: 9-11-25

Legal Claim (1)

Pro Se   Prejudice;

To demonstrate prejudice;

A defendant must show that there is a reasonable probability that but for counsel's error, the result of a proceeding would have been different.

Jackson V State, 877 S.W. 2d 768, 771 (Tex. Crim. app. 1994)

Date: 9-11-25

Exhibit (C)

<u>Legal Claims (7)</u>   <u>Exhibit (D)</u>

## Texas Constitution (9)

The people shall be secure in their persons, houses, papers and possessions, from all reasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as maybe nor without supported by oath of affirmation.

<u>Date = 9-11-25</u>

_Legal Claims (F)_       _Exhibit (E)_

Pro Se    <u>Article 1529;</u>

    To issue writs of habeas corpus in all cases where any person is restrained of his liberty by virtue of any order, process or confinement, issued by any court or judge on account of the violation of an order, judgement or decree therefore made rendered or entered by such courts or judges in any civil or criminal cause it is by virtue of the statue that the court issue writs of habeas corpus.

<u>Date: 9-11-25</u>